# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **WILLIAM JESUS RODRIGUEZ CLAUDIO**　　　　　　　　　Bankruptcy Number: **13-01826-BKT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **03/08/2013**　　　　　　　First Meeting Date: **04/23/2013 at 11:00AM**
Days From Petition Date: **46**　　　　　　　　　341 Meeting Date: **04/23/2013 at 11:00AM**
910 Days Before Petition: **09/10/2010**　　　　　Confirmation Hearing Date: **05/17/2013 at 2:30PM**
Chapter 13 Plan Date: **03/08/2013** ☐ Amended　Plan Base: **$20,580.00**　Plan Docket # **2**
This is Debtor(s) _____ Bankruptcy petition.　　　This is the _____ scheduled meeting.
Payment(s) ☐ Received or ☐ Evidence shown at meeting:　Total Paid In: **$280.00**
Check/MO# _____
Date: _____　Amount: $ _____

## I. Appearances:　☐ Telephone　☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK　　Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☒ Examined　☐ Not Examined under Oath　　　☐ Examined　☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present　Name of Attorney Present: _____ ☐ Pro-se
☐ Creditor(s) Present　　☒ None　　　　(Other than Attorney of Record)
_____

## II. Attorney Fees as per R 2016(b) Statement:　Attorney of Record: **JUAN O CALDERON LITHGOW***

Total Agreed: **$3,000.00**　Paid Pre-Petition: **$100.00**　Outstanding (Through the Plan): **$2,900.00**

## III. Trustee will file Motion to Dismiss:　☐ For Failure to Appear　☐ For Failure to Commence Payments

## IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are) ☐ Under ☒ Above Median Income　　Liquidation Value: $ 0.00

Commitment Period is ☐ 36 months ☒ 60 months §1325(b)(1)(B)　Projected Disp. Inc.: $ 0.00
The Trustee:　☐ NOT OBJECTS　☒ OBJECTS　Plan Confirmation　Gen. Uns. Approx. Dist.: 6 %
§341 Meeting　☐ CONTINUED　☐ NOT HELD　☒ CLOSED　☐ HELD OPEN FOR _____ DAYS
§341 Meeting Rescheduled for: _____
Comments:

## V. Trustee's OBJECTIONS to Confirmation:

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Need to submit insurance quote for vehicle finance with BBVA (Oriental).
Amount may make the plan inssufficient.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with postpetition DSO payments.

Debtor needs to submit name , address, and telephone of DSO recipient. Also need to provide evidence of post petition DSO payments made to recipient. Debtor makes direct payments to recipient.

| /s/ Jose R. Carrión, Esq. | /s/ Juliel Perez Mendez , Esq. | Meeting Date: Apr 23, 2013 |
|---|---|---|
| Trustee | Presiding Officer | |