UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

WILLIAM JESUS RODRIGUEZ CLAUDIO

CASE NO. 13-01826-BKT

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period**.   Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0  R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,900.00    Fees paid: $0.00    Fees Outstanding: $2,900.00**

With respect to the proposed (amended) Plan dated: **March 08, 2013** (Dkt 2).    Plan Base: **20,580.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility: Default in Post Petition DSO payments. [§1325(a)(8)]
   The statement provided by DSO holder fails to state that debtor is current with post-petition child support payments. Evidence must be provided of being current up to, and including confirmation date.

- Adequate Protection Payments [§361 & §363 & §1325(a)(6)]: Fails to state the insurance premium amount to be pay under the plan.
   Debtor has failed to provide insurance quota regarding plan's provision for insurance coverage in favor of BBVA. Amount is needed in order to verify base sufficiency.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this May 09, 2013.

/s/ Jose R. Carrion
_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550

INP